**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona,<br><br>        Plaintiff,<br>     v.<br>Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement.<br><br>        Defendants. | No. 2:21-cv-00617-DWL<br><br>**[PROPOSED] ORDER** |

Having considered the State's Motion for a Preliminary Injunction, **IT IS HEREBY ORDERED** granting the motion.

**IT IS FURTHER ORDERED** that:

1. Defendants shall prepare no fewer than three Environmental Impact Statements concerning each of the Border Wall Construction Termination, MPP Termination, and Population Augmentation Program.

2. The termination of the border wall construction contracts is hereby enjoined and "undone." *See Pit River Tribe v. U.S. Forest Serv.*, 469 F.3d 768, 788 (9th Cir. 2006). Defendants shall immediately take steps to restore the affected contracts to operational and binding status.

3. Defendants are enjoined from taking any actions that irretrievably commit them to particular courses of action before the required EISs are prepared, including but not

limited to (1) any further termination of construction contracts, (2) spending any funds previously earmarked for barrier construction in a manner that could not be replaced with alternative funds, and (3) taking any actions designed as permanent replacements for the intended border wall.

    4. Defendants shall (1) develop criteria for identifying aliens most likely not to appear at their scheduled hearings within 30 days (subject to this Court's approval) and (2) exclude from the United States or detain such individuals pending their hearings.