UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br>　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense,<br>　　Defendants. | Case No: 2:21-cv-00617-DWL<br><br>**DECLARATION OF MARK NAPIER** |

I, Mark Napier, declare as follows:

1. I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge, law enforcement expertise, and the information available to me in my positions in public service.

2. I currently serve as Chief/Chief of Staff to the Sheriff of Cochise County, Arizona. I previously served as Sheriff of Pima County, Arizona, from 2017-21. I have been a law enforcement officer for over 30 years.

3. Cochise County is located on the U.S.-Mexico border, and includes 83 miles of that border. This section of the border is frequently used for unlawful crossings by migrants.

4. Cochise County Sheriff's Office ("CCSO") routinely works with the U.S. Border Patrol and other federal authorities on management of the border and on issues associated with unauthorized migration.

5. Migrants cross every day, often with camouflage clothing and supplies for the journey. We know that few people (if any) cross the border unless facilitated by cartels and human smuggling groups. This is a dangerous situation for migrants leading to criminal, financial and sexual victimization.

6. CCSO has recorded a twenty-year high surge in the number of individuals illegally crossing the Mexican border. CCSO detects several thousand individuals crossing the border in Cochise County region each month. These are only those that we detect through our camera system. It is reasonable to assume this is but a fraction of those actually crossing.

7. In a March conference call with Department of Homeland Security ("DHS") officials, DHS explained that the Tucson sector of the U.S.-Mexico border, which includes Cochise County, is experiencing the second highest number of crossings. The Tucson sector was behind only the Rio Grande Valley Sector in Texas.

8. The current surge in crossings represents a dramatic change from the situation six months ago, when illegal crossings were much less frequent.

9. CCSO has also observed a sharp increase in drug smuggling at the same time. In practice, human and drug smuggling often go hand-in-hand and are frequently conducted by the same transnational criminal organizations. Illegal drugs coming across the border in Cochise County are distributed in communities across the nation leading to addiction and overdose deaths.

10. Human smuggling is also associated with many other crimes. Smugglers often commit physical and sexual assaults upon the individuals being transported. Further, they financially exploit migrants who are required to pay the cartels for passage across the border. Individuals being trafficked who cannot immediately pay we believe may be forced indentured servitude once inside the United States. Human smuggling

presents dangers to law enforcement as they occasionally result in vehicular pursuits and physical confrontations. Based on past experiences, it is reasonable to expect that the recent increase in illegal crossings will result in increases in most or all of these associated crimes.

11. After President Biden took office, all construction on the physical infrastructure of the barrier quickly ceased. This has left the barriers and infrastructure on the border in serious disarray due to halted construction. There are cables out of the ground, trenches, unfinished bridges, and incomplete roadways.

12. The halting of construction of the border wall in Cochise County has coincided with the historical surge in illegal crossings. It is reasonable and rational to connect the two. The number of illegal crossings has increased in areas where gaps in the border barriers exist.

13. The current effectiveness of the border wall in many sections is actually *worse* than the prior, pre-construction situation. Previously, natural barriers such as mountains and the absence of roads made illegal crossings substantially more difficult. But the construction of roadways along the intended barrier, along with leveling of difficult terrain in preparation for building barriers, has actually made it *easier* in some places to cross the border. This greater ease would not exist if the barriers themselves were completed. For example, a road behind a wall that was constructed to facilitate barrier construction could not be utilized to make human trafficking easier if the barrier had been completed. But the combined effect of (1) constructing a road to serve as access to barriers and (2) then not building the barriers themselves, can have the effect of exacerbating the number of illegal crossings.

14. When individuals unlawfully cross the border, they often leave trash along the way. The Arizona's Department of Environmental Quality estimates that each border-crosser leaves an average of six to eight pounds of trash behind in their journey. That trash consists of items like "plastic containers, clothing, backpacks, foodstuffs, vehicles, bicycles and paper. Human waste and medical products have also been found in

border trash." *See About Arizona Border Trash*, Arizona Department of Environmental Quality, *available at* https://www.azbordertrash.gov/about.html.

15. Officers from CCSO frequently observe this trash firsthand. This not only degrades public lands, but also private property. This level of adverse environmental impact would not be tolerated in other parts of the country and should not be here. While the southwest deserts are a harsh environment, they are also beautiful and worthy of protection. As a long-time resident and an environmentalist, it pains me to see so much of the beautiful Sonoran Desert suffering environmental destruction due to migrant traffic. Additionally, the migrant traffic creates new trails in the deserts/mountains and is disruptive to native plants and wildlife. Finally, the need for enforcement activity and traffic in environmentally sensitive areas is also disruptive and destructive.

16. The termination of the Migrant Protection Protocols ("MPP"), which is commonly known as the Remain in Mexico Program, appears to have contributed substantially to unauthorized aliens being admitted into the United States. In a conference call with state and local law enforcement, DHS officials announced that the MPP cancellation would result in allowing 25,000 migrants who previously were excluded to cross into the United States.

17. In practice, CSCO has observed that the MPP cancellation has in appearance effectively enacted a "catch and release" policy for migrants. This is reasonably a contributing factor to this surge in migration.

18. CSCO has also observed that DHS has scaled back its immigration enforcement efforts in other areas as well. For example, in March Customs and Border Protection ("CBP") suddenly shutdown multiple highway checkpoints in Arizona, including all checkpoints in Cochise County. While we understand the need for redeployment of limited resources, these were valuable tools in interdicting both human and drug trafficking and making both more difficult.

19. I believe we should take seriously the security of our southern border not out of animus or ill will toward anyone. No such feelings reside in my heart. To deny

that a humanitarian and public safety crisis exists on our southern border is to be intellectually dishonest with malice. It pains me as a humanitarian to know of the victimization of undocumented persons, most of whom are coming to our country simply for a better life. And to be aware that this victimization is the result of failed policies in our country and tacit encouragement of what is a dangerous and unsafe activity is disheartening. As a law enforcement professional, we see the impacts of addiction and overdose deaths in our communities. Intellectually we know the majority of the drugs are coming across our southern border. The drug cartels leverage human trafficking to overwhelm our resources and make easier the introduction of the blight of illegal drugs into our country. Our pristine and beautiful Sonoran Desert is as worthy of protection as any environmentally sensitive area in our country. We need to secure our border not because we hate anyone. Rather, because we are in fact humanitarians, we want to better enjoy safe communities freer from dangerous drugs and because we believe in protecting our environmentally sensitive southwest deserts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was issued on June 21st, 2021, in Bisbee, Arizona.

_____
Mark D. Napier
Chief/Chief of Staff
Cochise County Sheriff's Office