TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| State of Arizona,<br><br>    Plaintiffs,<br><br>v.<br><br>Mayorkas, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00617-PHX-DWL<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY (ECF No. 48)** |

Defendants request a two-week extension of time—until March 17, 2022—to respond to the State's Motion for Jurisdictional Discovery (ECF No. 48). Under Local Rule 7.2(c), Defendants' response is due on March 3, 2022. Defendants request a two-week extension due to press of business, including work travel for attorney Tyler Alexander between March 2 and March 9. Counsel for Defendants has conferred with Counsel for Arizona and the State does not oppose this request.

Submitted this 28th day of February, 2022,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314
tyler.alexander@usdoj.gov

*Attorneys for Defendants*