1  **MARK BRNOVICH**
   **ATTORNEY GENERAL**
2  (Firm State Bar No. 14000)
3  Joseph A. Kanefield (No. 15838)
   Brunn (Beau) W. Roysden III (No. 28698)
4  Drew C. Ensign (No. 25463)
5  Robert J. Makar (No. 33579)
   2005 N. Central Ave
6  Phoenix, AZ 85004-1592
7  Phone: (602) 542-8958
   Joe.Kanefield@azag.gov
8  Beau.Roysden@azag.gov
   Drew.Ensign@azag.gov
9  Robert.Makar@azag.gov
10 *Attorneys for Plaintiff State of Arizona*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| State of Arizona, | No. 2:21-cv-00617-DWL |
|---|---|
| Plaintiff, | |
| v. | **STATE'S NOTICE OF APPEAL** |
| Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense. | **PRELIMINARY INJUNCTION APPEAL** |
| Defendants. | |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §1292(a), Plaintiff the State of Arizona hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on February 7, 2021 (Doc. 47), which denied Plaintiffs' request for a preliminary injunction, as well as all orders culminating in that order.

RESPECTFULLY SUBMITTED this 8th day of April, 2022.

        **MARK BRNOVICH**
        **ATTORNEY GENERAL**

By <u>s/ Drew C. Ensign</u>
   Joseph A. Kanefield (No. 15838)
   Brunn W. Roysden III (No. 28698)
   Drew C. Ensign (No. 25463)
   Robert J. Makar (No. 33579)
    *Assistant Attorneys General*

*Attorneys for Plaintiff State of Arizona*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of April, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

             <u> s/ Drew C. Ensign  </u>
             Drew C. Ensign

             *Attorney for Plaintiff State of Arizona*