TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| State of Arizona,<br><br>    Plaintiff,<br><br>v.<br><br>Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00617-PHX-DWL<br><br>**NOTICE OF TELEPHONIC APPEARANCE** |

In accordance with this Court's April 15, 2022 Minute Order, Defendants inform the Parties and the Court that Tyler M. Alexander, United States Department of Justice, will appear telephonically on behalf of all Defendants at the April 26, 2022 hearing.

Submitted this 22nd day of April, 2022,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314
tyler.alexander@usdoj.gov

*Attorneys for Defendants*