**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiff State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense.<br><br>　　　　Defendants. | No. 2:21-cv-00617-DWL<br><br>**Notice of Additional Evidence** |

**NOTICE**

The State of Arizona hereby provides notice of additional evidence that has recently come to light.

Attached hereto as Exhibit A is the DHS monthly report for March 2022, which was filed in the Northern District of Texas on April 15, 2022. It "reported 221,303 total encounters at the Southwest Border" that month, which is the highest level ever recorded.

Attached hereto as Exhibit B is DHS's statistics for encounters at the Southwest Border for March 2022, which was published on April 18, 2022. It too shows unprecedentedly high numbers of crossings.

Attached hereto as Exhibit C is an April 8, 2022 declaration from Deane Dougherty, ICE Juvenile Coordinator, which was filed with the Central District of California on April 8, 2022. The report makes clear that after the upcoming termination of Title 42 orders by CDC, which is set to become effective on May 23, DHS expects "up to 600,000 [migrants] by the end of the fiscal year" will enter the United States unlawfully—*i.e.*, in the roughly four months between May 23 and September 30, 2022. Ex. C at 3. Indeed, other reporting indicates that up to 18,000 a day may begin crossing, or nearly half a million in the first month. *See* Nick Miroff and Maria Sacchetti, "Biden officials bracing for unprecedented strains at Mexico border if pandemic restrictions lifted," The Washington Post, Mar. 29, 2022, https://www.washingtonpost.com/national-security/2022/03/29/border-pandemic-title-42-immigration/. Indeed, DHS has begun to "prepare for as many as 18,000 migrants per day. That volume would be nearly three times the current pace of arrivals." *Id.*

Attached hereto as Exhibit D is an April 22, 2022 declaration from Blas Nuñez-Neto, Acting Assistant Secretary for Border and Immigration Policy at DHS, which was filed in the Western District of Louisiana. That declaration admits that DHS has begun implementing the termination of Title 42 Orders more than a month before the May 23 effective date with respect to Northern Triangle Countries. *See* Ex. D at 6 ("[A]s part of the efforts to prepare for the ultimate lifting of Title 42, DHS has begun in recent weeks to

increase the use of expedited removal for some single adults eligible for removal who *would otherwise be expelled pursuant to Title 42*." (emphasis added)). This policy was implemented surreptitiously and only admitted by DHS after States discovered it from leaks to the press and sought a temporary restraining order.

      All of this evidence supports the State's Article III standing, demonstrates DHS's possession of useful evidence, and is indicative of additional allegations the State could supply.

RESPECTFULLY SUBMITTED this 24th Day of April, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By s/ Drew C. Ensign
   Joseph A. Kanefield (No. 15838)
   Brunn W. Roysden III (No. 28698)
   Drew C. Ensign (No. 25463)
   James K. Rogers (No. 27287)
   Robert J. Makar (No. 33579)
     *Assistant Attorneys General*
*Attorneys for Plaintiff State of Arizona*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

                                                         s/ Drew C. Ensign
                                                   *Attorney for the State of Arizona*