**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
Robert.Makar@azag.gov
*Attorneys for Plaintiff State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, <br><br> Plaintiff, <br><br> v. <br><br> Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense. <br><br> Defendants. | No. 2:21-cv-00617-DWL <br><br> **Notice of Supplemental Authority** |

**NOTICE**

The State of Arizona hereby provides notice of supplemental authority supporting its claims here.

Today, the Western District of Louisiana announced its intent to issue a temporary restraining order against DHS's early implementation of the Title 42 Termination Order, which is set to take effect on May 23, 2022. *See* Exhibit. That court thus necessarily found that the 21 State Plaintiffs had Article III standing and that all various jurisdictional obstacles raised by Federal Defendants lack merit. That determination necessarily rests on the States being able to establish Article III standing based on increased migration without the need to prove specifically the subjective intent of the would-be migrants.

RESPECTFULLY SUBMITTED this 25th Day of April, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By s/ Drew C. Ensign
   Joseph A. Kanefield (No. 15838)
   Brunn W. Roysden III (No. 28698)
   Drew C. Ensign (No. 25463)
   James K. Rogers (No. 27287)
   Robert J. Makar (No. 33579)
      *Assistant Attorneys General*
   *Attorneys for Plaintiff State of Arizona*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

                                                           s/ Drew C. Ensign
                                          *Attorney for the State of Arizona*