UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF ARIZONA,

               Plaintiff-Appellant,

  v.

ALEJANDRO N. MAYORKAS, in his
official capacity as Secretary of Homeland
Security; et al.,

               Defendants-Appellees.

No.   22-15519

D.C. No. 2:21-cv-00617-DWL
District of Arizona,
Phoenix

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No.
11) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this
court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7

SH/MOATT