| | |
|---|---|
| **KRISTIN K. MAYES**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000)<br><br>Robert J. Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Robert.Makar@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>TYLER M. ALEXANDER<br>Trial Attorney<br>Natural Resources Section<br>150 M St. NE, Third Floor<br>Washington, D.C. 20002<br>(202) 598-3314<br>tyler.alexander@usdoj.gov<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br><br>            Plaintiff,<br>    v.<br>Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; United States Department of Defense; Lloyd Austin in his official capacity as Secretary of Defense.<br><br>            Defendants. | No. 2:21-cv-00617-DWL<br><br>**Joint Status Report** |

Pursuant to this Court's January 13 Order, the parties submit this Joint Status Report. The parties conferred telephonically on January 19. At this time, due to the recent change in administration and ongoing staffing efforts, the Arizona Attorney General's Office is in the process of reviewing existing cases, including this one. The parties will continue to confer and ask that the Court require that they file a supplemental status report in two weeks, by February 6.

RESPECTFULLY SUBMITTED this 23rd day of January, 2023.

| | |
|---|---|
| **TODD KIM** <br> Assistant Attorney General <br> United States Department of Justice <br> Environment & Natural Resources Division <br><br> By s/ Tyler M. Alexander <br> TYLER M. ALEXANDER <br> Trial Attorney <br> Natural Resources Section <br> 150 M St. NE, Third Floor <br> Washington, D.C. 20002 <br> (202) 598-3314 <br> tyler.alexander@usdoj.gov <br> *Attorneys for Defendants* | **KRISTIN K. MAYES** <br> **ATTORNEY GENERAL** <br><br> By s/ Robert J. Makar <br> Robert J. Makar (No. 33579) <br>   *Assistant Attorney General* <br> 2005 N. Central Ave <br> Phoenix, AZ 85004-1592 <br> Phone: (602) 542-8958 <br> Robert.Makar@azag.gov <br> *Attorneys for Plaintiff State of Arizona* |

1