| | |
|---|---|
| **KRISTIN K. MAYES**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000)<br><br>Robert J. Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Robert.Makar@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>TYLER M. ALEXANDER<br>Trial Attorney<br>Natural Resources Section<br>150 M St. NE, Third Floor<br>Washington, D.C. 20002<br>(202) 598-3314<br>tyler.alexander@usdoj.gov<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,<br><br>        Plaintiff,<br>v.<br>Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as serves as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement.<br><br>        Defendants. | No. 2:21-cv-00617-DWL<br><br>**STIPULATION OF DISMISSAL** |

1

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to voluntary dismissal of this action, with each side to bear its own fees and costs.

RESPECTFULLY SUBMITTED this 6th day of February, 2023.

| | |
|---|---|
| **TODD KIM** | **KRISTIN K. MAYES** |
| Assistant Attorney General | **ATTORNEY GENERAL** |
| United States Department of Justice | |
| Environment & Natural Resources Division | By s/ Robert J. Makar |
| | Robert J. Makar (No. 33579) |
| | *Assistant Attorney General* |
| By s/ Tyler M. Alexander | *Attorneys for Plaintiff State of Arizona* |
| TYLER M. ALEXANDER | |
| Trial Attorney | |
| Natural Resources Section | |
| 150 M St. NE, Third Floor | |
| Washington, D.C. 20002 | |
| (202) 598-3314 | |
| tyler.alexander@usdoj.gov | |
| *Attorneys for Defendants* | |

1